[No. 7925-9-II.   Division Two.   February 24, 1987.]

JEAN E. LeBEUF, *Individually and as Executrix, Appellant,* v. JOHN H. ATKINS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 235669, J. Kelley Arnold, J., entered June 1, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cox and Meiner, JJ. Pro Tem.

[No. 8111-3-II.   Division Two.   February 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JUAN RIVERA, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00473-8, Leonard W. Kruse, J., entered August 3, 1984, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *remanded* by unpublished opinion per Brown, J. Pro Tem., concurred in by Draper and Utter, JJ. Pro Tem.

[No. 8588-7-II.   Division Two.   February 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
G. MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 56504, Waldo F. Stone, J., entered February 8, 1985. *Affirmed* by unpublished opinion per Soule, J. Pro Tem., concurred in by Dolliver and Maddock, JJ. Pro Tem.